## Calumet Stock Farm v. Frank Rockefeller.

1. Bills of Exceptions—*Effect of Amendments.*—Where an amendment of a bill of exceptions takes out of the record everything of which the appellant in his brief complains, the judgment will be affirmed.

**Assumpsit,** on a promissory note. Appeal from the Superior Court of Cook County; the Hon. Richard W. Clifford, Judge, presiding. Heard in this court at the March term, 1897. Affirmed. Opinion filed March 15, 1897.

Charles Shackleford, attorney for appellant.

Eddy & Breckenridge, attorneys for appellee.

Mr. Justice Gary delivered the opinion of the Court.

An amendment of the bill of exceptions has taken out of this record everything shown by the abstract of which the brief of the appellant complains, and the judgment is therefore affirmed.